NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVIVA SPORTS, INC.,**
*Plaintiff-Cross-Appellant,*

**v.**

**FINGERHUT DIRECT MARKETING, INC.,
MENARD, INC., AND KMART CORPORATION,**
*Defendants,*

AND

**MANLEY TOYS, LTD.,
doing business as Manley Toys, and
doing business as ToyQuest,**
*Defendant-Appellant.*

---

2013-1635, -1671

---

Appeals from the United States District Court for the District of Minnesota in No. 09-CV-1091, Judge Joan N. Ericksen.

---

**JUDGMENT**

---

STEPHEN M. LOBBIN, The Eclipse Group LLP, of Irvine, California, argued for defendant-appellant.

J. THOMAS VITT, Dorsey & Whitney LLP, of Minneapolis, Minnesota, argued for plaintiff-cross-appellant. With him on the brief were DAVID Y. TREVOR and MICHAEL WEINBECK. Of counsel was KEITH M. SORGE, Arthur, Chapman, Kettering, Smetak & Pikala, PA, of Minneapolis, Minnesota.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 18, 2014          /s/ Daniel E. O'Toole
       Date                  Daniel E. O'Toole
                             Clerk of Court